**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 852 MAL 2014
:
        Petitioner : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
WAYNE ALLEN YENDRIGA, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 853 MAL 2014
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
DOMINICK ALAN CARTER, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 854 MAL 2014
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
LAWRENCE M. CUNNINGHAM, :
:
        Respondent :

COMMONWEALTH OF PENNSYLVANIA, : No. 855 MAL 2014
:
             Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
MONIQUE VERA WINSTON, :
:
             Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 856 MAL 2014
:
             Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
BRIAN KEVIN DOLL, :
:
             Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 857 MAL 2014
:
             Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
ANDREA NICOLE LUMBAN-TOBING, :
:
             Respondent :

COMMONWEALTH OF PENNSYLVANIA, : No. 858 MAL 2014
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
HEIDI ARLENE HARTMAN, :
:
Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 859 MAL 2014
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
SHAWN MICHAEL NESS, :
:
Respondent :


## ORDER


**PER CURIAM**

     **AND NOW**, this 21st day of May, 2015, the Petitions for Allowance of Appeal are

**DENIED**.